SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MARIO CHAVARRIA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 17-0619-JD |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND APPEARANCE |
| MARIO CHAVARRIA-SANDOVAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Helen Gilbert, and defendant Mario Chavarria-Sandoval through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on April 18, 2018, be modified to include a curfew on Saturdays and Sundays, such that defendant Mario Chavarria-Sandoval may leave the halfway house placement, with prior approval of Pretrial Services, between the hours of 9:00 a.m. and 7:00 p.m., for the sole purpose of having visitation with his minor children.

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

The reason for this modification is that Mr. Chavarria-Sandoval is permitted visitation with his children on Saturdays and Sundays.

Pretrial Services Officer Jessica Portillo does not object to this modification.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the Court has the authority to modify the Conditions of Release and Appearance, as stipulated by the parties.

IT IS SO STIPULATED:

Dated: May 9, 2018  Respectfully Submitted,
　　　　　　　　　　　　　/s/
　　　　　　　　　　　Severa Keith
　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　MARIO CHAVARRIA-SANDOVAL
　　　　　　　　　　　214 Duboce Avenue
　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　(415) 626-6000
　　　　　　　　　　　severa@keithlawoffice.com


Dated: May 9, 2018  　　　/s/
　　　　　　　　　　　Helen Gilbert
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　Office of The U.S. Attorney
　　　　　　　　　　　450 Golden Gate Avenue, Box 36055
　　　　　　　　　　　San Francisco, CA 94102
　　　　　　　　　　　(415) 436-7200

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified and that defendant, Mario Chavarria-Sandoval, be placed on a curfew on Saturdays and Sundays, such that defendant Mario Chavarria-Sandoval may leave the halfway house placement, with prior approval of Pretrial Services, between the hours of 9:00 a.m. and 7:00 p.m., for the sole purpose of having visitation with his minor children.

DATED: May 11, 2018

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*