SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MARIO CHAVARRIA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CHAVARRIA-SANDOVAL,<br><br>Defendant. | No. CR 17-0619-JD-KAW<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND APPEARANCE, REGARDING DEFENDANT'S PASSPORT |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Helen Gilbert, and defendant Mario Chavarria-Sandoval through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on April 18, 2018, be modified to permit the Pretrial Services Officer to temporarily release defendant's passport to him for the purpose of obtaining an official identification card and/or driver's license from the California Department of Motor Vehicles ("DMV"). The temporary release would occur such that the passport would be released to the

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

1

defendant and returned to Pretrial Services on the same day.  Temporary release of the passport is necessary because defendant has no other form of identification that the DMV will accept as proof of identity.

This modification is requested because Pretrial Services would like for Mr. Chavarria-Sandoval to obtain employment, but he is unable to obtain employment without official identification, such as a California ID card or driver's license.

Pretrial Services Officer Jessica Portillo agrees with this request for modification.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the Court has the authority to modify the Conditions of Release and Appearance, as stipulated by the parties.

IT IS SO STIPULATED:

Dated: September 6, 2018          Respectfully Submitted,
                                  _____/s/_____
                                  Severa Keith
                                  Attorney for Defendant
                                  MARIO CHAVARRIA-SANDOVAL
                                  214 Duboce Avenue
                                  San Francisco, CA 94103
                                  (415) 626-6000
                                  severa@keithlawoffice.com

Dated: September 6, 2018          _____/s/_____
                                  Helen Gilbert
                                  Assistant U.S. Attorney
                                  Office of The U.S. Attorney
                                  450 Golden Gate Avenue, Box 36055
                                  San Francisco, CA 94102
                                  (415) 436-7200

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

2

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may temporarily release defendant's passport to defendant Mario Chavarria-Sandoval for the purpose of obtaining an identification card and/or a driver's license from the California Department of Motor Vehicles. The passport must be returned to Pretrial Services on the same day that it is released.

DATED: September __10__, 2018

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*