SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MARIO CHAVARRIA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 17-0619-JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE OF SEPTEMBER 12, 2016 |
| vs. | |
| MARIO CHAVARRIA-SANDOVAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Helen Gilbert, and defendant Mario Chavarria-Sandoval through his attorney, Severa Keith, that the hearing date for Status or Change of Plea, currently set for September 12, 2018, be vacated since Mr. Chavarria-Sandoval will file and/or join pretrial motions. As such, a hearing on Status or Change of Plea is no longer necessary, as defendant will be litigating pretrial motions. Both parties agree that a Status hearing is no longer necessary in light of the circumstances.

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

As such, the parties respectfully request that the Court issue an Order vacating the Status or Change of Plea hearing that is currently set for September 12, 2018.

IT IS SO STIPULATED:

Dated: September 10, 2018   Respectfully Submitted,
                            _____/s/_____
                            Severa Keith
                            Attorney for Defendant
                            MARIO CHAVARRIA-SANDOVAL
                            214 Duboce Avenue
                            San Francisco, CA 94103
                            (415) 626-6000
                            severa@keithlawoffice.com

Dated: September 10, 2018   _____/s/_____
                            Helen Gilbert
                            Assistant U.S. Attorney
                            Office of The U.S. Attorney
                            450 Golden Gate Avenue, Box 36055
                            San Francisco, CA 94102
                            (415) 436-7200

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that currently-set Status or Change of Plea Hearing, currently set for September 12, 2018, be vacated in light of the fact that defendant will file and/or join pretrial motions.

DATED: September __11__, 2018

_____
HONORABLE JUDGE JAMES DONATO
United States District Judge

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*