SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MARIO CHAVARRIA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO CHAVARRIA-SANDOVAL, <br><br> Defendant. | No. CR 17-0619-JD / KAW <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND APPEARANCE |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Helen Gilbert, and defendant Mario Chavarria-Sandoval through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on April 18, 2018, be modified to permit the Pretrial Services Officer to allow defendant Chavarria-Sandoval to 1) retrieve his Mexican passport from Pretrial Services for one business day, and 2) travel to the California Department of Motor Vehicles, for the

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

1

purposes of obtaining an official identification card, to obtain a list of outstanding financial delinquencies, such as unpaid traffic tickets, or to reinstate his California driver's license.

This modification is requested because Mr. Chavarria-Sandoval does not currently have a valid form of identification.

The Pretrial Services Officer agrees with this request for modification.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the Court has the authority to modify the Conditions of Release and Appearance, as stipulated by the parties.

IT IS SO STIPULATED:

Dated: April 5, 2019        Respectfully Submitted,
                                      /s/
                            Severa Keith
                            Attorney for Defendant
                            MARIO CHAVARRIA-SANDOVAL
                            214 Duboce Avenue
                            San Francisco, CA 94103
                            (415) 626-6000
                            severa@keithlawoffice.com

Dated: April 5, 2019              /s/
                            Helen Gilbert
                            Assistant U.S. Attorney
                            Office of The U.S. Attorney
                            450 Golden Gate Avenue, Box 36055
                            San Francisco, CA 94102
                            (415) 436-7200

*U.S. v. Chavarria-Sandoval: Stipulation to Modify Conditions of Release; [Proposed] Order*

2

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Mario Chavarria-Sandoval to retrieve his Mexican passport from Pretrial Services for one business day and to travel to the California Department of Motor Vehicles for the purpose of obtaining official identification, addressing traffic-related financial obligations, or reinstating his driver's license.

DATED: April __8__, 2019

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge